**EXHIBIT 1**



ORTHOPEDICS  INFORMATION  ORDERING

SyntecScientific

## Introduction

Syntec Scientific Corporation, founded in 1995 by a group of people to develop and manufacture surgical skeleton products.

Syntec is a FDA registered CE, ISO and GMP certified manufactured of Osteosynthesis implant and instruments. Syntec is also committed to manufacture high quality Cranial-Maxillo-Facial plates and screws.

Syntec aspires to be recognized by the medical profession as one of the best Osteosynthesis and Orthopedic Products Company. We will achieve this position by pursuing excellence and dedicating ourselves to improving the quality of life of those who rely on our products.



## Quality

We accept no compromise in quality, and believe no surgeon or patient should have to accept such compromise.

## Pricing

Every customer is very important to us and recieves our very best prices. We set our pricing fairly and honestly, with no artificial markups and discounts. When buying from us, you do not have to wonder if you received our best price or best deal.

## Innovation

Syntec continues to introduce new materials in implants and surgical concepts. This year we have expanded our base of resources available to surgeons, including new materials, implants and a business plan that utilizes global fee pricing to your advantage.

## Partnership

The business plan that accompanies a Syntec product purchase is just one demonstration of the benefits of partnering with us.

## Information

For more information regarding Syntec and Syntec products, please contact **Diverse Surgical Supplies** at **866.800.9414**

**EXHIBIT 2**

Case 1:05-cv-00511-GMS   Document 1-2   Filed 07/20/2005   Page 5 of 15



| ORTHOPEDICS | REFURBISHED EQUIPMENT | ENDOSCOPIC REPAIRS | EQUIPMENT CONSULTING | ORDERING |

**Diverse Surgical Supplies Inc.**, has worked hand in hand with many medical facilities throughout the world since 1994. DSS consists of four separate divisions: orthopedics, refurbished equipment, endoscopic repairs and equipment consulting. Four different divisions focusing on one common goal, to decrease medical facilities capital expenditures.



**ORTHOPEDICS**

SYNTEC-DSS is a new innovative international medical device company. We specialize in the development,

manufacturing and marketing of surgical implants and instruments for the treatment of bones (osteosynthesis). DSS and Syntec Scientific Corporation have teamed up to manufacture and distribute this new implant line. With Synthes patent expiration of product formulation and product design, Syntec Scientific Corp. has realized and capitalized on this opportunity. Syntec enters the market with one distinct advantage, **Value Pricing.**

Syntec trauma implants and instruments are used for the surgical treatment of fractures, deformities and tumor diseases of long bones (arms and legs), shoulder, hands, feet and the pelvis. Our product line extends from stainless steel and titanium plates, screws, and cannulated screws both self tapping and non-self tapping. Also producing products for the hip and a wide selection of instruments.

A vacuum arc remelted, low carbon, high nickel and molybdenum version of Type 316, has been used for producing our stainless steel surgical implant devices. The chemistry modifications are designed to maximize the corrosion resistance of this alloy and provide a ferrite free microstructure

·USA/FDA Certified · CE Mark/MDD Certified · GMP Certified
· ISO 9001.13485 Certified · EA46001 Certified

### REFURBISHED EQUIPMENT

Our fundamental goal is to keep a full selection of quality surgical and endoscopic equipment in inventory at all times in order to meet your immediate needs. Our endoscopic and surgical equipment has been refurbished and quality checked to meet all manufacturers original specifications. We ensure customer satisfaction through excellent service and the most economical prices on the planet. We look forward to meeting your endoscopic and surgical equipment needs.

### ENDOSCOPIC REPAIR

Through our experience we have learned that only highly skilled factory trained professionals know how to provide the quality repairs and service your facility requires. DSS offers a broad range of surgical repair services including, endoscopic cameras, general surgical instruments, power tools, rigid and flexible scopes, air hoses, fiber optic cables, and needle holder inserts. Our highly skilled repair technicians(most with over 20 years experience) provide you with the highest quality of service.

We offer quick turnaround on all surgical instrument repairs as well as 24-hour in shop emergency service. We repair all manufacturers endoscopic instrumentation and provide free inspections and reports of all devices received. At DSS we will guarantee the best price value in the market.

### EQUIPMENT CONSULTING

With this ever-changing medical industry, medical facilities have to stay ahead of the game and sometimes think outside the box to ensure patient quality care and still remain profitable. At DSS we have successfully helped medical groups do just that through creative purchasing and equipment consulting. DSS can free up capital monies and successfully remove facilities depreciated unused equipment while negotiating the best service agreements in the industry. As cutting edge companies develop new products for the betterment of the medical industry, DSS develops innovative ways to purchase innovative products.

### VIEW OUR CATALOG

Diverse Surgical Supplies has a complete and comprehensive catalog, that is available for viewing and downloading online. For for information, click here

**EXHIBIT 3**

Diverse Surgical Supplies - Orthopedic Parts and Supplies    Page 1 of 2



DIVERSE SURGICAL SUPPLIES

ORTHOPEDICS | REFURBISHED EQUIPMENT | ENDOSCOPIC REPAIRS | EQUIPMENT CONSULTING | ORDERING

Click the header to view the individual pages.

- MINI SCREW & PLATE SYSTEMS
- SMALL SCREW & PLATE SYSTEMS
- BASIC SCREW & PLATE SYSTEMS
- 3.0 CANNULATED SCREWS
- 3.5 CANNULATED SCREWS
- 4.0 CANNULATED SCREWS
- 7.0 CANNULATED SCREWS
- MINI SELF-TAPPING SCREWS
- SMALL SELF-TAPPING SCREWS
- LARGE SELF-TAPPING SCREWS
- DYNAMIC HIP SCREWS
- DYNAMIC HIP & CONDYLAR PLATES
- BROAD & NARROW PLATES
- RECONSTRUCTION PLATES
- LC-DCP's
- LENGTHENING PLATES
- LATERAL TIBIAL HEAD BUTTRESS PLATES
- COBRA HEAD PLATES

http://www.diversesurgical.com/orthopedics.html    7/8/2005

Diverse Surgical Supplies - Orthopedic Parts and Supplies    Page 2 of 2

MINI INSTRUMENTS

SMALL INSTRUMENTS

LARGE INSTRUMENTS

CASES AND TRAYS

http://www.diversesurgical.com/orthopedics.html    7/8/2005



## LC-DCP's

### 3.5 LC-DCP's

| Item No. | Description | Unit Price ($) |
|---|---|---|
| SYNTEC DSS | | |
| 223521 | 2 Holes | 43.50 |
| 223531 | 3 Holes | 43.50 |
| 223541 | 4 Holes | 43.50 |
| 223551 | 5 Holes | 43.50 |
| 223561 | 6 Holes | 43.50 |
| 223571 | 7 Holes | 46.25 |
| 223581 | 8 Holes | 46.25 |
| 223591 | 9 Holes | 46.25 |
| 223601 | 10 Holes | 82.50 |
| 223611 | 11 Holes | 95.00 |
| 223621 | 12 Holes | 95.00 |
| 223631 | 13 Holes | 100.00 |
| 223641 | 14 Holes | 100.00 |

Diverse Surgical Supplies

Page 1 of 3



## SMALL SCREW & PLATE SYSTEMS

| Item No. | Description | Unit Price ($) |
|---|---|---|
| SYNTEC DSS | | |
| 301010 | Aluminum Case Tall/Red Color | 144.00 |
| 302250 | Tray for Small Implant & Mini Implant & Instrument | 216.00 |
| 302450 | Tray for Small Implant | 164.00 |
| 204010 | Cortex Screw 3.5 x 10 mmL | 5.00 |
| 201012 | Cortex Screw 3.5 x 12 mmL | 5.00 |
| 201014 | Cortex Screw 3.5 x 14 mmL | 5.00 |
| 204016 | Cortex Screw 3.5 x 16 mmL | 5.00 |
| 204018 | Cortex Screw 3.5 x 18 mmL | 5.00 |
| 204020 | Cortex Screw 3.5 x 20 mmL | 5.00 |
| 204022 | Cortex Screw 3.5 x 22 mmL | 5.00 |
| 204024 | Cortex Screw 3.5 x 24 mmL | 5.00 |
| 204026 | Cortex Screw 3.5 x 26 mmL | 5.00 |
| 204028 | Cortex Screw 3.5 x 28 mmL | 5.00 |
| 204032 | Cortex Screw 3.5 x 32 mmL | 5.00 |
| 204036 | Cortex Screw 3.5 x 36 mmL | 5.00 |
| 204040 | Cortex Screw 3.5 x 40 mmL | 5.00 |
| 204045 | Cortex Screw 3.5 x 45 mmL | 5.00 |
| 204050 | Cortex Screw 3.5 x 50 mmL | 5.00 |
| 204055 | Cortex Screw 3.5 x 55 mmL | 8.25 |
| 204060 | Cortex Screw 3.5 x 60 mmL | 8.25 |
| 204065 | Cortex Screw 3.5 x 65 mmL | 8.25 |
| 204070 | Cortex Screw 3.5 x 70 mmL | 8.25 |
| 204075 | Cortex Screw 3.5 x 75 mmL | 8.25 |
| 204080 | Cortex Screw 3.5 x 80mmL | 8.25 |
| 204085 | Cortex Screw 3.5 x 85 mmL | 8.25 |

Diverse Surgical Supplies

| Code | Description | Price |
|---|---|---|
| 204090 | Cortex Screw 3.5 x 90 mmL | 8.25 |
| 204095 | Cortex Screw 3.5 x 95 mmL | 8.25 |
| 204100 | Cortex Screw 3.5 x 100 mmL | 8.25 |
| 204105 | Cortex Screw 3.5 x 105 mmL | 16.25 |
| 204110 | Cortex Screw 3.5 x 110 mmL | 16.25 |
| 206014 | Cancellous Screw /Fully 4.0 x 14 mmL | 5.75 |
| 206016 | Cancellous Screw /Fully 4.0 x 16 mmL | 5.75 |
| 206018 | Cancellous Screw /Fully 4.0 x 18 mmL | 5.75 |
| 206020 | Cancellous Screw /Fully 4.0 x 20 mmL | 5.75 |
| 206022 | Cancellous Screw /Fully 4.0 x 22 mmL | 5.75 |
| 206024 | Cancellous Screw /Fully 4.0 x 24 mmL | 5.75 |
| 206026 | Cancellous Screw /Fully 4.0 x 26 mmL | 5.75 |
| 206028 | Cancellous Screw /Fully 4.0 x 28 mmL | 5.75 |
| 206030 | Cancellous Screw /Fully 4.0 x 30 mmL | 5.75 |
| 206035 | Cancellous Screw /Fully 4.0 x 35 mmL | 5.75 |
| 206040 | Cancellous Screw /Fully 4.0 x 40 mmL | 5.75 |
| 206045 | Cancellous Screw /Fully 4.0 x 45 mmL | 5.75 |
| 206050 | Cancellous Screw /Fully 4.0 x 50 mmL | 5.75 |
| 206055 | Cancellous Screw /Fully 4.0 x 55 mmL | 5.75 |
| 206060 | Cancellous Screw /Fully 4.0 x 60 mmL | 5.75 |
| 207012 | Cancellous Screw /Short 4.0 x 12 mmL | 5.75 |
| 207014 | Cancellous Screw /Short 4.0 x 14 mmL | 5.75 |
| 207016 | Cancellous Screw /Short 4.0 x 16 mmL | 5.75 |
| 207018 | Cancellous Screw /Short 4.0 x 18 mmL | 5.75 |
| 207020 | Cancellous Screw /Short 4.0 x 20 mmL | 5.75 |
| 207022 | Cancellous Screw /Short 4.0 x 22 mmL | 5.75 |
| 207024 | Cancellous Screw /Short 4.0 x 24 mmL | 5.75 |
| 207026 | Cancellous Screw /Short 4.0 x 26 mmL | 5.75 |
| 207028 | Cancellous Screw /Short 4.0 x 28 mmL | 5.75 |
| 207030 | Cancellous Screw /Short 4.0 x 30 mmL | 5.75 |
| 207035 | Cancellous Screw /Short 4.0 x 35 mmL | 5.75 |
| 207040 | Cancellous Screw /Short 4.0 x 40 mmL | 5.75 |
| 207045 | Cancellous Screw /Short 4.0 x 45 mmL | 5.75 |
| 207050 | Cancellous Screw /Short 4.0 x 50 mmL | 5.75 |
| 207055 | Cancellous Screw /Short 4.0 x 55 mmL | 5.75 |
| 207060 | Cancellous Screw /Short 4.0 x 60 mmL | 5.75 |
| 302270 | Tray for Small Implant & Mini Implant & Instrument | 210.00 |
| 219980 | Washer 7/04/4.7 mm | 4.00 |
| 241130 | Small T-Plate 3.5 x3 Holes, Right angled | 36.00 |
| 241140 | Small T-Plate 3.5 x4 Holes, Right angled | 36.00 |

Diverse Surgical Supplies

Page 3 of 3

| Code | Description | Price |
|---|---|---|
| 241150 | 3.5 T-Plate Right Angled 5 Hole | 36.00 |
| 241160 | 3.5 T-Plate Right Angled 6 Hole | 36.00 |
| 241230 | Small T-Plate 3.5 x3 Holes | 44.00 |
| 241240 | 3.5 T-Plate Oblique Angled 4 Hole | 44.00 |
| 241250 | Small T-Plate 3.5 x5 Holes | 44.00 |
| 241320 | 3.5 One-Third Tubular Plate | 16.25 |
| 241330 | One-Third Tubular Plate with Collar 3.5 x3 Holes | 16.25 |
| 241340 | One-Third Tubular Plate with Collar 3.5 x4 Holes | 16.25 |
| 241350 | One-Third Tubular Plate with Collar 3.5 x5 Holes | 16.25 |
| 241360 | One-Third Tubular Plate with Collar 3.5 x6 Holes | 16.25 |
| 241370 | One-Third Tubular Plate with Collar 3.5 x7 Holes | 16.25 |
| 241380 | One-Third Tubular Plate with Collar 3.5 x8 Holes | 16.25 |
| 241390 | 3.5 One-Third Tubular Plate 9 Hole | 21.75 |
| 241400 | 3.5 One-Third Tubular Plate 10 Hole | 21.75 |
| 241420 | 3.5 One-Third Tubular Plate 12 Hole | 21.75 |
| 241830 | Cloverleaf Plate 3.5 x3 Holes | 85.00 |
| 241840 | Cloverleaf Plate 3.5 x4 Holes | 85.00 |
| 241850 | Cloverleaf Plate 5 Holes | 85.00 |
| 241860 | Cloverleaf Plate 6 Holes | 85.00 |
| 302430 | Tray For Small Implant | 202.00 |
| 248020 | DCP Plate 3.5 x2 Holes | 31.75 |
| 248030 | DCP Plate 3.5 x3 Holes | 31.75 |
| 248040 | DCP Plate 3.5 x4 Holes | 31.75 |
| 248050 | DCP Plate 3.5 x5 Holes | 31.75 |
| 248060 | DCP Plate 3.5 x6 Holes | 31.75 |
| 248070 | DCP Plate 3.5 x7 Holes | 31.75 |
| 248080 | DCP Plate 3.5 x8 Holes | 31.75 |
| 248090 | DCP Plate 3.5 x9 Holes | 31.75 |
| 248100 | DCP Plate 3.5 x10 Holes | 31.75 |
| 248110 | DCP Plate 3.5 x11 Holes | 54.00 |
| 248120 | DCP Plate 3.5 x12 Holes | 54.00 |
| 292143 | Steinmann Pin 1.25 x 150 mml (Trocar point/One End) | 2.50 |
| 292145 | Steinmann Pin 1.6 x 150 mml (Trocar point/One End) | 2.50 |
| 292147 | Steinmann Pin 2.0 x 150 mml (Trocar point/One End) | 2.50 |