IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNTHES (U.S.A.),<br><br>    Plaintiff,<br><br>v.<br><br>SYNTEC SCIENTIFIC CORPORATION,<br>DIVERSE SURGICAL SUPPLIES INC., and<br>SYNTEC-DSS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-511-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Synthes (U.S.A), by its attorneys, hereby dismisses the above-captioned action without prejudice.

       POTTER ANDERSON & CORROON LLP

       /s/ Philip A. Rovner
Of Counsel:    By:_____
       Philip A. Rovner (#3215)
Brian M. Poissant    Hercules Plaza
Ronald M. Daignault    1313 N. Market Street
JONES DAY    P.O. Box 951
222 East 41st Street    Wilmington, Delaware 19899-0951
New York, N.Y. 10017-6702    (302) 984-6000
(212) 326-3939    E-mail: provner@potteranderson.com

Dated: October 3, 2005    Attorneys for Plaintiff Synthes (U.S.A.)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

<u>CERTIFICATE OF SERVICE</u>

I, Philip A. Rovner, hereby certify that on October 3, 2005, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

<u>BY U.S. AIR MAIL</u>

John Z. Bezmalinovic, Esq.
Fishman, Larsen, Goldring & Zeitler
7111 N. Fresno Street, Suite 200
Fresno, CA 93720

<u>BY INTERNATIONAL AIR MAIL</u>

Mr. Hui-Chang Huang
Syntec Scientific Corporation
2 Kung San Road
Chuan Shing Industrial Zone
Shen Kang, Chang Hua, 509
Taiwan

/s/ Philip A. Rovner
_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com